**FILED**

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  IN THE MATTER OF:                    No CV 93 CV 03942 MISC VRW

10                                              ORDER

11  Samuel C Bellicini,

12          State Bar No 152191
                                    /
13  _____/

14

15          On January 15, 2009, the court received a Petition for

16  Reinstatement for Samuel C Bellicini submitting satisfactory

17  evidence that Mr Bellicini has been reinstated as an active member

18  of the California State Bar effective October 10, 2008.

19          The court now orders Samuel C Bellicini placed back on the

20  roll of attorneys authorized to practice before this court.   The

21  clerk is directed to close the file.

22          IT IS SO ORDERED.

23

24                          VAUGHN R WALKER
                             United States District Chief Judge
25

26

27

28

United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Samuel C. Bellicini,

_____/

Case Number: C 93-3942 SAW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Fishkin
Lindsay Kohut Slatter
Fishkin & Slatter LLP
1111 Civic Drive
Walnut Creek, CA 94596

Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*